IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR286 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VICENTE DE LAO-OLVERA and | ) | |
| JOSE PABLO BOJORQUEZ-QUEVEDO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of the government and the defendants for an extension of the discovery and pretrial motion deadlines  The motion was made during the arraignment on the Indictment on August 21, 2013.  The defendants had no objection to the motion.  The oral motion was granted.

**IT IS ORDERED:**

1. The motion for an extension of time for discovery and to file pretrial motions is granted.  The parties shall have **to on or before September 6, 2013**, in which to complete discovery and shall have **to on or before September 27, 2013**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., **from August 21, 2013, and September 27, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act  for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of August, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge